IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>vs.<br><br>PAUL BROOKS LEETCH,<br><br>     Defendant. | 4:13CR3095<br><br>**DETENTION ORDER** |

  Defendant was afforded an opportunity for a hearing, but agreed to be detained without a hearing. Defendant has therefore failed to meet the burden of showing, by clear and convincing evidence pursuant to 18 U.S.C. § 3143 (a) and Fed. R. Crim. P. Rule 32.1(a)(6) that Defendant will appear at court proceedings and will not pose a danger to the safety of any person or the community if released. The Court's findings are based on the allegations within the Second Amended Petition.

IT IS ORDERED:

1) The above-named defendant shall be detained until further order.

2) Defendant is committed to the custody of the Attorney General for confinement in a corrections facility; Defendant shall be afforded reasonable opportunity for private consultation with counsel; and on order of a court of the United States, or on request of an attorney for the government, the person in charge of the facility shall deliver Defendant to a United States Marshal for appearance in connection with a court proceeding.

November 18, 2016.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge